# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *
GABRIELA BARRAGAN,              *
                                *
            Plaintiff,          *
                                *
      v.                        *      No. 16-1585C
                                *      Filed:  October 17, 2017
UNITED STATES,                  *
                                *
            Defendant.          *
* * * * * * * * * * * * * * *
```

### O R D E R

The court is in receipt of plaintiff's October 16, 2017 notice of voluntary dismissal. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED**, with each party to bear its own costs.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
       **Judge**